**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ALCOA HOME EXTERIORS, INC., ALU-REX, INC., and GUY BROCHU vs. MILLER ALUMINUM PRODUCTS, INC., and LEAF-LESS GUTTER SOLUTIONS LLC | FILED March 11, 2008   TG 08cv1447 Judge KENDALL Magistrate Judge DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALCOA HOME EXTERIORS, INC., ALU-REX, INC., and GUY BROCHU

| | |
|---|---|
| NAME (Type or print) Natalie A. Remien | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Natalie Remien | |
| FIRM Bell, Boyd & Lloyd LLC | |
| STREET ADDRESS 70 West Madison Street, Suite 3100 | |
| CITY/STATE/ZIP Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6270486 | TELEPHONE NUMBER (312)578-6838 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |