## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1447    Assigned/Issued By: j. n.

Judge Name: kendall    Designated Magistrate Judge: denlow

### FEE INFORMATION

Amount Due:  ☑ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP       ☐ No Fee   ☐ Other _____
             ☐ $455.00

*(For use by Fiscal Department Only)*

Amount Paid: 350    Receipt #: 2605145

Date Payment Rec'd: 3-11-08    Fiscal Clerk: j. n.

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   
                                       _____
☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*
☐ Writ _____                  ☐ Other
        *(Type of Writ)*               _____
                                       *(Type of issuance)*

2   Original and  0   copies on  3-11-08   as to  all defendants
                                *(Date)*