UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALCOA HOME EXTERIORS, INC., ALU-REX, INC., and GUY BROCHU<br><br>Plaintiffs,<br><br>vs.<br><br>MILLER ALUMINUM PRODUCTS, INC., and LEAF-LESS GUTTER SOLUTIONS LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Case No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF AFFILIATES UNDER LR 3.2**

Pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Plaintiffs Alcoa Home Exteriors, Inc., ALU-Rex, Inc. and Guy Brochu give notice that each has the following parents that own more than 5% of its stock:

- **For Plaintiff Alcoa Home Exteriors, Inc.:** Plaintiff Alcoa has no public affiliates owning more than 5% of its stock.

- **For Plaintiff ALU-Rex, Inc.:** Plaintiff ALU-Rex, Inc. has no public affiliates owning more than 5% of its stock.

- Plaintiff Guy Brochu is an individual.

Dated: March 11, 2008

By: _____
Kara F. Cenar
Natalie A. Remien
Jeana R. Lervick
BELL, BOYD & LLOYD LLP
70 W. Madison St., 3100
Chicago, IL 60602
Telephone: (312) 372-1121
Telecopier: (312) 827-8000

944094/D/1