UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALCOA HOME EXTERIORS, INC., ALU-REX, INC., and GUY BROCHU<br><br>Plaintiffs,<br><br>vs.<br><br>MILLER ALUMINUM PRODUCTS, INC., and LEAF-LESS GUTTER SOLUTIONS LLC,<br><br>Defendants. | Case No. |

## NOTICE OF PATENT CLAIM

Pursuant to Local Rule 3.4 of the United States District Court for the Northern District of Illinois and 35 U.S.C. § 290, Plaintiffs Alcoa Home Exteriors, Inc., ALU-Rex, Inc. and Guy Brochu hereby provide a Notice of Claims involving U.S. Patent No. 7,143,549 (Guy Brochu, Inventor).

Dated: March 11, 2008

Respectfully submitted,

By: _____
Kara F. Cenar
Natalie A. Remien
Jeana R. Lervick
BELL, BOYD & LLOYD LLP
70 West Madison Street
Suite 3100
Chicago, Illinois 60602
Telephone: (312) 372-1121
Telecopier: (312) 827-8000
Chicago, Illinois 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

945671/D/1