UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALCOA HOME EXTERIORS, INC., ALU-REX, INC., and GUY BROCHU )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>MILLER ALUMINUM PRODUCTS, INC., and )<br>LEAF-LESS GUTTER SOLUTIONS LLC, )<br>)<br>Defendants. )<br>) | Case No. 08-cv-1447<br><br>Hon. Virginia M. Kendall |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiffs Alcoa Home Exteriors, Inc., ALU-Rex, Inc. and Guy Brochu hereby voluntarily dismiss, without prejudice, the above-captioned cause of action. Defendants have not filed an answer nor a motion for summary judgment in this litigation.

This action is dismissed without an order of the Court under Fed. R. Civ. P. 41(a)(1)(i).

Dated: March 31, 2008                              Respectfully submitted,

                                                            /s/ Jeana R. Lervick
                                                        Kara F. Cenar
                                                        Natalie A. Remien
                                                        Jeana R. Lervick
                                                        BELL, BOYD & LLOYD LLP
                                                        70 West Madison Street
                                                        Suite 3100
                                                        Chicago, Illinois 60602
                                                        Telephone: (312) 372-1121
                                                        Telecopier: (312) 827-8000

## **CERTIFICATE OF SERVICE**

I Jeana R. Lervick, an attorney, hereby certify that I caused a copy of the foregoing Notice of Voluntary Dismissal upon:

> John R. Benefiel, Esq.
> 525 Lewis Street
> Birmingham, Michigan 48009

via U.S. mail, proper postage prepaid, this 31st day of March 2008.

_____/s/ Jeana R. Lervick_____
Jeana R. Lervick, Esq.